Scott J. Ivy, #197681
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
M:\35346\Pleadings\efiled docs\second stip-ext-time(execution copy).wpd:jd

Attorneys for Defendants BULLFROGS, INC. d/b/a BULLFROGS BAR
& GRILL; DAVID I. ROSENBAUM and ALISON SUZANNE ROSENBAUM,
each individually,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; MOKOJUMBI MUSIC; UNIVERSAL MUSIC-Z TUNES LLC d/b/a UNIVERSAL MUSIC Z SONGS; UNIVERSAL MUSIC MGB NA LLC d/b/a UNIVERSAL MUSIC CAREERS; CONCORD MUSIC GROUP, INC. d/b/a/ JONDORA MUSIC; INTERIOR MUSIC CORP.; COMBINE MUSIC CORP.; SONY/ATV SONGS LLC; and BEANLY SONGS,<br><br>            Plaintiffs,<br><br>     v.<br><br>BULLFROGS, INC. d/b/a BULLFROGS BAR & GRILL; DAVID I. ROSENBAUM and ALISON SUZANNE ROSENBAUM, each individually,<br><br>Defendants. | Case No. 1:14-CV-00780---SMS<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**[L.R. 144(a)]**<br><br><br>Current Response Date: 7/17/14<br>New Response Date: 8/18/14 |

Stipulation to Extension of Time to Answer Complaint        -1-
and Order

1    Plaintiffs and Defendants, by and through their counsel and pursuant to Federal Rule of
2 Civil Procedure 6(b)(1)(A) and Local Rule 144(a), hereby stipulate to an additional 30-day
3 extension of time to respond to Plaintiffs' Complaint in this matter. Plaintiffs filed this action on
4 May 21, 2014 and Plaintiffs and Defendants agreed to an initial extension to July 17, 2014.

5    Pursuant to Eastern District Local Rule 144(a), the parties hereby stipulate and agree to
6 extend the date by 30 days from the original extension, but because that date lands on a Saturday,
7 the date for filing would be August 18, 2014.   This extension is necessary because the parties are
8 currently and have been attempting to resolve their disputes, and the extension may permit the
9 parties to resolve the matter without incurring the expense of filing unnecessary pleadings. There
10 appears to be no prejudice extending the time for Defendants to respond to the Complaint.
11 Although the parties previously stipulated to an initial extension of time, this is the parties' first
12 request for an extension of time to respond to the initial Complaint.

13    WHEREFORE, for the foregoing reasons, the parties request and stipulate to this
14 extension for Defendants to file an answer or otherwise respond to the Complaint on or before
15 August 18, 2014.

16    IT IS SO STIPULATED.

Dated: July 15, 2014                COBLENTZ PATCH DUFFY & BASS LLP

                               By   /s/ Jeremiah J. Burke
                                    Jeremiah J. Burke
                                    Attorneys for Plaintiffs
                                    BROADCAST MUSIC, INC.; MOKOJUMBI
                                    MUSIC; UNIVERSAL MUSIC-Z TUNES LLC
                                    d/b/a UNIVERSAL MUSIC Z SONGS;
                                    UNIVERSAL MUSIC MGB NA LLC d/b/a
                                    UNIVERSAL MUSIC CAREERS; CONCORD
                                    MUSIC GROUP, INC. d/b/a/ JONDORA MUSIC;
                                    INTERIOR MUSIC CORP.; COMBINE MUSIC
                                    CORP.; SONY/ATV SONGS LLC; and BEANLY
                                    SONGS

Stipulation to Extension of Time to Answer Complaint       -2-
and Order

Dated: July 15, 2014                              LANG, RICHERT & PATCH, P.C.

By   /s/ Scott J. Ivy
　　　Scott J. Ivy
　　　Attorneys for Defendants BULLFROGS, INC.
　　　d/b/a BULLFROGS BAR & GRILL; DAVID I.
　　　ROSENBAUM and ALISON SUZANNE
　　　ROSENBAUM

IT IS SO ORDERED.

DATED:  7/17/2014                    /s/ SANDRA M. SNYDER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Stipulation to Extension of Time to Answer Complaint     -3-
and Order