KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
JEREMIAH J. BURKE (State Bar No. 253957)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663

Attorneys for Broadcast Music, Inc., et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BROADCAST MUSIC, INC.; MOKOJUMBI MUSIC; UNIVERSAL MUSIC-Z TUNES LLC d/b/a UNIVERSAL MUSIC Z SONGS; UNIVERSAL MUSIC MGB NA LLC d/b/a UNIVERSAL MUSIC CAREERS; CONCORD MUSIC GROUP, INC. d/b/a JONDORA MUSIC; INTERIOR MUSIC CORP.; COMBINE MUSIC CORP.; SONY/ATV SONGS LLC; and BEANLY SONGS,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BULLFROGS, INC. d/b/a BULLFROGS BAR & GRILL; DAVID I. ROSENBAUM and ALISON SUZANNE ROSENBAUM, each individually,<br><br>　　　　　　Defendants. | Case No. 1:14-cv-00780<br><br>**NOTICE OF AGREEMENT TO SETTLE CASE AND REQUEST TO VACATE SCHEDULING CONFERENCE; ORDER THEREON**<br><br>Judge:　Hon. Sandra M. Snyder<br>Date:　August 20, 2014<br>Time:　9:30 a.m.<br>Crtrm.:　1<br><br>Complaint:　May 21, 2014<br>Trial Date:　None Set |

TO THE COURT IN THE ABOVE MATTER:

　　NOTICE IS HEREBY GIVEN, pursuant to Eastern District of California Local Rule 160, that the Parties have agreed in principle to settle this matter. To provide sufficient time for all matters related to the settlement to be finalized, the Parties respectfully request that the Court set Friday, September 19, 2014 as the deadline for the Parties to file a Stipulation of Dismissal.

　　For the sake of conserving the resources of the Court and the Parties, and given that the

Parties have agreed in principle to settle the case, the Parties respectfully request the Court to vacate the Scheduling Conference set for August 20, 2014 in the Courtroom of Magistrate Judge Snyder.

Respectfully submitted.

DATED: August 13, 2014          COBLENTZ PATCH DUFFY & BASS LLP


By:     */s/ Karen S. Frank*
        Karen S. Frank
        Attorneys for Broadcast Music, Inc., et al.


DATED: August 13, 2014          LANG, RICHERT & PATCH


By:     */s/ Scott Ivy*
        Scott Ivy
        Attorneys for Defendants BULLFROGS, INC. d/b/a BULLFROGS BAR & GRILL; DAVID I. ROSENBAUM and ALISON SUZANNE ROSENBAUM, each individually

IT IS SO ORDERED.

DATED:  August 13, 2014          /s/ SANDRA M. SNYDER
                                 UNITED STATES MAGISTRATE JUDGE