KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
JEREMIAH J. BURKE (State Bar No. 253957)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663

Attorneys for Broadcast Music, Inc., et al.



FILED
SEP 22 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; MOKOJUMBI MUSIC; UNIVERSAL MUSIC-Z TUNES LLC d/b/a UNIVERSAL MUSIC Z SONGS; UNIVERSAL MUSIC MGB NA LLC d/b/a UNIVERSAL MUSIC CAREERS; CONCORD MUSIC GROUP, INC. d/b/a JONDORA MUSIC; INTERIOR MUSIC CORP.; COMBINE MUSIC CORP.; SONY/ATV SONGS LLC; and BEANLY SONGS, <br><br>Plaintiffs, <br><br>v. <br><br>BULLFROGS, INC. d/b/a BULLFROGS BAR & GRILL; DAVID I. ROSENBAUM and ALISON SUZANNE ROSENBAUM, each individually, <br><br>Defendants. | Case No. 1:14-cv-00780 <br><br>**STIPULATION OF DISMISSAL** <br><br>Complaint:   May 21, 2014 <br>Trial Date:   None Set |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

   The parties have executed a Settlement Agreement and and a Stipulation to Entry of Consent Judgment. The parties request the Court to retain jurisdiction for the limited purpose of

entering the Consent Judgment in the event of Defendants' default under the terms of the Settlement Agreement.

DATED: September 19, 2014      COBLENTZ PATCH DUFFY & BASS LLP

By: /s/ Karen S. Frank
Karen S. Frank
Attorneys for Broadcast Music, Inc., et al.

DATED: September 19, 2014      THE LAW OFFICES OF LANG, RICHERT AND PATCH

By: /s/ Scott Ivy
Scott Ivy
Attorneys for Defendants BULLFROGS, INC. d/b/a BULLFROGS BAR & GRILL; DAVID I. ROSENBAUM and ALISON SUZANNE ROSENBAUM, each individually

It is so Ordered.  Dated: 9-22-14

_____
United States District Judge

13389.028 2922405v1                                2                                1:14-cv-00780

**STIPULATION OF DISMISSAL**